George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Andres G.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| Andres G., | Civil Action No.:  3:21-cv-01714 |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $33,362.48 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).  After credit is taken for EAJA fees paid totaling $15,752.79, the net amount of the fee due plaintiff's counsel is  $17,609.69.

IT IS SO ORDERED:


Dated:   9/13/2023           /s/ Jolie A. Russo
                             Jolie A. Russo
                             U.S. Magistrate Judge

//
//
//
//

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted on September 13, 2023:

/s/ George Wall

George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
   Attorney for Plaintiff, Andres G.

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028